June 6, 1979.

417 A.2d 763

Commonwealth v. Dennis, Appellant.

Submitted November 16, 1976. Robert C. Hillen, for appellant. Ballard Smith, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.